FILED

04/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0019

_____

KRISTINE DAVENPORT,

     Plaintiff and Appellant,

vs.

COUNTY OF LINCOLN, a political
Subdivision of the State of Montana;
SHERIFF OF THE COUNTY OF LINCOLN,
State of Montana; and ROBY BOWE,

     Defendants and Appellees.

O R D E R

_____

M. R. App. P. 12(1)(i) requires that the Appellant's brief contain an appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s) or decision(s) from which the appeal is taken.

This Court has determined that the appendix to Appellant's opening brief does not contain the full relevant judgments appealed, and also contains improper caselaw support to the Appellant's argument. Therefore,

IT IS ORDERED that the Appellant's opening brief is accepted for filing, but the original and nine copies of the Appellant's appendix shall be, and is hereby, returned for revisions necessary to comply with the specified Rule;

IT IS FURTHER ORDERED that no other changes, additions or deletions may be made to the appendix as originally filed;

IT IS FURTHER ORDERED that the original and nine copies of the revised appendix be filed within ten (10) days of the date of this Order with the Clerk of this Court and one copy of each revised appendix be served on counsel of record;

1

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's appendix shall be billed to Appellant's counsel by the Clerk of this Court and shall be due and payable upon receipt;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of refiling of the appendix being returned this date; and

IT IS FURTHER ORDERED that the Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to all counsel upon whom the brief was served.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
April 10 2020